UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 02334**

Mr. James Hyatt

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Mr. Thorp

Superintendent
William A. Lee

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

12 MAR 28 P 4: 1
S.D. OF N.Y.
FILED
U.S. DISTRICT COURT

**I.    Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Mr. James Hyatt
             ID #  01A6128
             Current Institution  Green Haven
             Address  Stormville, New York
                      P.O. Box 4000    12582-0010

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Mr. Thorp                     Shield #
                   Where Currently Employed  Green Haven Corr. Facility
                   Address  Stormville, New York 12582-0010
                            P.O. Box 4000

Rev. 05/2010                                  1

Defendant No. 2      Name __Mr Thorp_____ Shield # __N/A__
                     Where Currently Employed __Green Haven C.F.__
                     Address __Stormville New York__
                     __P.O. Box 4000  12582-0010__

                     __Superintendent__
Defendant No. 3      Name __Mr William A. Lee_____ Shield # __N/A__
                     Where Currently Employed __Green Haven Corr. Fac.__
                     Address __Stormville New York__
                     __P.O. Box 4000  12582-0010__

Defendant No. 4      Name _____ Shield # _____
                     Where Currently Employed _____
                     Address _____

Defendant No. 5      Name _____ Shield # _____
                     Where Currently Employed _____
                     Address _____

## II.  Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     __Green Haven Correctional Facility__

B.   Where in the institution did the events giving rise to your claim(s) occur?
     __A-Block First Floor A-post.__

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     __2/25/12 at 9:30 p.m. - 10:00 p.m.__

D. Facts:

**What happened to you?**
On 2/25/12, Return From clinic call out (9:00 AM) I was Searched and Assaulted by (B-Officer) Kick Stomped Pounch (Back, head, Neck, Ribs) Hit on The bottom of Feet with search wonnd Also Threaten said wonned shoved up rectum.

**Who did what?**
Officer Thorp carried out all The above Assaults.

**Was anyone else involved?**
There was Know one elys involved.

**Who else saw what happened?**
A- Officer Wesley was in They ereq At Time of said incirdent.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Server back pain Ribs on left side back and Neck also Report Assault to Nurse Coloney on 2/25/12 (4:00 PM) Sargent Hughes was called report and pictures was taken (see Nurse report) 3-11 Shift Nurse.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Green Haven Correctional Facility_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? _All of my Complants_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _All Complants was Greived._

2. What was the result, if any? _Denied by Superintendent William A. Lee_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Sent To Albany No reply as of This writing_

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

>  Mrs. Murphy (Inspector Generals Office)
>  Supt. William A. Lee, Interview By Mrs. Murphy,
>  No interview by Supt. Lee.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am asking the Court to grant me the amount of 1.1 mill for physical and emotional injuries. I hope that this will grant the above therein.

VI.  **Previous lawsuits:**

[On these claims]

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this Mon day of Mar. 19, 2012.

Signature of Plaintiff: Mr. James Hyatt
Inmate Number: 01A6128
Institution Address: Green Haven C.F.
P.O. Box 4000
Stormville, New York
12582-0010

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this Mon day of Mar. 19, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Mr. James Hyatt